UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Jessica Smith,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11CV00956 MLM |
| | ) | |
| **Jim Sumner, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on May 25, 2011 and assigned to the Honorable Mary Ann L. Medler. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:11cv00039 MLM. The Honorable Mary Ann L. Medler will preside.

Case No. 4:11cv00956 MLM is hereby administratively closed.

Dated this 26th day of May, 2011.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:11cv00039 MLM** in all future matters concerning this case.